YENOSKI, Appellant, v. SEAWANHAKA CORINTHIAN YACHT CLUB, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Thomas Yenoski against the Seawanhaka Corinthian Yacht Club. No opinion. Order affirmed, on argument, with $10 costs and disbursements to respondent, to abide the event of the action.